■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GERALD S. RYLOTT, Appellant. [837 NYS2d 883]—Appeal from a judgment of the Erie County Court (Shirley Troutman, J.), rendered January 11, 2006. The judgment convicted defendant, upon his plea of guilty, of robbery in the first degree (six counts).

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Gorski, J.P., Martoche, Lunn, Peradotto and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BRIAN R. BARNARD, Appellant. [838 NYS2d 456]—Appeal from a judgment of the Genesee County Court (Robert C. Noonan, J.), rendered February 24, 2006. The judgment revoked defendant's sentence of probation and imposed a sentence of imprisonment.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed. Present—Gorski, J.P., Martoche, Lunn, Peradotto and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v OTIS NESBITT, Appellant. [837 NYS2d 883]—Appeal from a judgment of the Erie County Court (Timothy J. Drury, J.), rendered February 15, 2006. The judgment convicted defendant, upon his plea of guilty, of attempted burglary in the second degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Gorski, J.P., Martoche, Lunn, Peradotto and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN J. SCHMIDT, Appellant. [838 NYS2d 456]—Appeal from a judgment of the Genesee County Court (Robert C. Noonan, J.), rendered February 8, 2006. The judgment revoked defendant's sentence of probation and imposed a sentence of imprisonment.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed. Present—Gorski, J.P., Martoche, Lunn, Peradotto and Pine, JJ.